### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **TRUSTEES OF CENTRAL LABORERS' PENSION, WELFARE & ANNUITY FUNDS,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| vs. | ) ) | CIVIL NO.  05-845-GPM |
| **T. J. S. EQUIPMENT, INC.;** **T. J. SCHEIBAL individually and d/b/a T. J. S. Equipment, Inc.;** **T. J. SCHEIBAL & COMPANY;** **T. J. SCHEIBAL individually and d/b/a T. J. Scheibal & Company;** **T. J. SCHEIBAL EXCAVATING, INC.;** **T. J. SCHEIBAL individually and d/b/a T. J. Scheibal Excavating, Inc.;** **SCHEIBAL EXCAVATING, INC.;** **T. J. SCHEIBAL individually and d/b/a Scheibal Excavating, Inc.,** | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

## O R D E R

**MURPHY, Chief District Judge:**

The undersigned hereby **RECUSES** himself from further proceedings in the above-entitled matter.  This matter is referred to the Clerk of the Court for random draw.**

**IT IS SO ORDERED.**

DATED:  12/6/05

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge

**      THIS MATTER IS REASSIGNED TO THE HONORABLE WILLIAM D. STIEHL.  ALL FUTURE FILINGS SHOULD BEAR CASE NO. 05-CV-845-WDS.